# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chin, Denny | Second Circuit | 07/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square, Room 2003
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Fordham Law School |
| 2. | Board Member | Fordham Law Review Alumni Association |
| 3. | Board Member, Vice President | Fordham Law Review Alumni Association |
| 4. | Executive Committee Member | Federal Bar Council Inn of Court |
| 5. | Trustee | Princeton University |
| 6. | Board Member | Sonia and Celina Sotomayor Judicial Internship Program |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 07/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Fordham Law School, wages for teaching | $18,250.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Law firm income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Princeton University | Jan. 30-31, 2015 | Princeton, NJ | Attend Board Meeting | hotel |
| 2. | ABA | March 3-6, 2015 | New Orleans, LA | Speaker | travel expenses/hotel |
| 3. | Georgetown University Law Center | March 19-20, 2015 | Washington, DC | Speaker | travel expenses/hotel |
| 4. | University of North Carolina | March 20-22, 2015 | Raleigh-Durham, NC | Speaker | travel expenses/hotel |
| 5. | Princeton University | March 26-29, 2015 | Princeton, NJ | Attend Board Meeting | hotel |
| 6. | Univ. of Illinois College of Law | April 6-8, 2015 | Champaign, IL | Speaker | travel expenses/hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 07/06/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Georgia Asian Pacific American Bar Association | May 14-15, 2015 | Atlanta, GA | Speaker | travel expenses/ hotel |
| 8. | Princeton University | May 31-June 1, 2015 | Princeton, NJ | Attend Board Meeting | hotel |
| 9. | Princeton University | September 24-26, 2015 | Princeton, NJ | Attend Board Meeting | hotel |
| 10. | Princeton University | October 15-18, 2015 | Princeton, NJ | Speaker | hotel |
| 11. | Federal Bar Council | October 23-25, 2015 | New Paltz, NY | Speaker | hotel/meals |
| 12. | Princeton University | November 19-21, 2015 | Princeton, NJ | Attend Board Meeting | hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | 401K | Loan from spouse's retirement plan | J |
| 2. | Citibank | Loan for law firm Capital Account | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 07/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastbank, N.A. bank accounts | A | Interest | M | T | | | | | |
| 2. Chase Bank bank accounts | A | Interest | L | T | | | | | |
| 3. Citibank bank accounts | C | Interest | K | T | | | | | |
| 4. Fidelity Investments Puritan Fund IRA | A | Dividend | J | T | | | | | |
| 5. Northwestern Mutual whole life insurance | A | Dividend | M | T | | | | | |
| 6. NYS 529 college savings plans; moderate age-based option | A | Dividend | L | T | | | | | |
| 7. Dodge & Cox Stock Fund | A | Dividend | M | T | | | | | |
| 8. Artisan International Fund | B | Dividend | N | T | | | | | |
| 9. Vanguard Wellington Fund Investor Shares | D | Dividend | N | T | | | | | |
| 10. Vanguard Explorer Fund Investor Shares | D | Dividend | M | T | | | | | |
| 11. Vanguard Primecap Fund Admiral | E | Dividend | O | T | | | | | |
| 12. Vanguard Inst. Index Fund | E | Dividend | O | T | | | | | |
| 13. Vanguard Long-Term Investment Grade Fund | D | Dividend | N | T | | | | | |
| 14. Vanguard Windsor II Fund Investor Shares | D | Dividend | M | T | | | | | |
| 15. Merrill Lynch Cash/Money Account | A | Interest | J | T | | | | | |
| 16. Blackrock Hi Yld Bd | C | Dividend | K | T | | | | | |
| 17. MSCI Emerging | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 07/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Developing | A | Dividend | L | T | | | | | |
| 19. Nuveen Hi Yield Muni | A | Dividend | K | T | Buy | 02/06/15 | K | | Merrill Lynch |
| 20. SPDR DJ Wilshire REIT | A | Dividend | L | T | Buy | 02/06/15 | L | | Merrill Lynch |
| 21. SPDR Gold Trust | A | Dividend | K | T | Buy | 02/06/15 | K | | Merrill Lynch |
| 22. Skybridge G II Fund | A | Dividend | N | T | Buy | 01/01/15 | N | | Merrill Lynch |
| 23. Vanguard Int'l Value Fund | A | Dividend | N | T | Buy | 08/17/15 | N | | Vanguard |
| 24. Loomis Sayles Core Plus | A | Dividend | M | T | Buy | 08/17/15 | M | | Vanguard |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 07/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Question I, I added item 5, as I am a member of the Board of Trustees of Princeton Univeristy. I have been a member since the Fall of 2013, but I inadvertently neglected to include this listing in my reports for 2013 and 2014.
I now add item 6: in 2015, I joined the Board of the Sonia and Celina Sotomayor Judical Internship Program.

For Question VII, I omitted "Royce Total Return Fund" and "PIMCO Total Return Fund," both of which appeared in my 2014 report. These funds were part of my spouse's retirement funds at her place of employment. In 2015, both funds were eliminated by her employer as an option; the Royce fund was eliminated effective August 4, 2015 and the PIMCO fund was eliminated effective January 30, 2015. This applied to all employees. The amounts in my spouse's accounts -- value of M for both the Royce and PIMCO funds -- were transferred to existing funds held by my spouse. The gains for both were value B.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denny Chin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544